IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:12CR414 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| OSCAR TALAMANTES-MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on two motions filed by the defendant.

**IT IS ORDERED:**

1.  Defendant's Motion to Suppress and Request for Hearing and Argument (#19) is denied without hearing.  A motion to suppress is not a proper remedy for the government's alleged failure to provide discovery.

2.  Defendant's Motion to Extend Deadlines: Lack of Discovery Compliance (#20) is granted.  Defendant shall file pretrial motions on or before February 15, 2013.  The government is ordered to show cause, in writing, on or before February 1, 2013, why it has not in a timely manner produced discovery; and in the interests of justice, all time between the defendant's initial appearance and February 15, 2013 is excluded from Speedy Trial calculations.

Dated this 28th day of January 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge